UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

DOUGLAS MAY and ANGELO MASSARO, in their capacity as Employer Trustees of the Laborers Local 91 Pension Fund and Welfare Fund, and JAMES PANEPINTO, in his capacity as putative Employer Trustee of the Laborers Local 91 Pension Fund and Welfare Fund,

                            Plaintiffs,

v.                                              Civil No. 1:19-cv-00890

RICHARD PALLADINO, MARIO NERI, and RANDY PALLADINO, in their capacity as Union Trustees of the Laborers' Local 91 Pension Fund and Welfare Fund,

                            Defendants.

---

## NOTICE OF MOTION TO WITHDRAW APPEARANCE

**PLEASE TAKE NOTICE**, that the undersigned, Pauline Muto, hereby moves to withdraw her appearance on behalf of Plaintiffs, Douglas May, Angelo Massaro, and James Panepinto, in the above–captioned matter, and hereby requests discontinuance of service of all subsequent written communications, pleadings, notices, or other papers.

       Phillips Lytle LLP, James D. Donathen, of counsel, continues to represent Plaintiffs and should continue to receive service of all subsequent written communications, pleadings, notices, or other papers.

Dated: December 23, 2019

By: *Pauline Muto*
Pauline Muto, Esq.
Hodgson Russ LLP
140 Pearl Street, Suite 100
Buffalo, NY 14202
Telephone: (716) 856-4000