UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DOUGLAS MAY and ANGELO MASSARO, in their capacity as Employer Trustees of the Laborers Local 91 Pension Fund and Welfare Fund, and JAMES PANEPINTO, in his capacity as putative Employer Trustee of the Laborers Local 91 Pension Fund and Welfare Fund,

    Plaintiffs,

v.

RICHARD PALLADINO, MARIO NERI, and RANDY PALLADINO, in their capacity as Union Trustees of the Laborers' Local 91 Pension Fund and Welfare Fund,

    Defendants.

---

**NOTICE OF CROSS-APPEAL**

Civil Index No. 1:19-cv-00890-JLS-HKS

PLEASE TAKE NOTICE, that Plaintiffs, DOUGLAS MAY, ANGELO MASSARO, in their capacity as Employer Trustees of the Laborers Local 91 Pension Fund and Welfare Fund, and JAMES PANEPINTO, in his capacity as putative Employer Trustee of the Laborers Local 91 Pension Fund and Welfare Fund, hereby cross-appeal to the United States Court of Appeals for the Second Circuit, from the Decision & Order (Hon. John L. Sinatra, Jr., J.S.C.), dated May 13, 2020 [Dkt. 38] and the Judgment entered on May 14, 2020 [Dkt. 39], which *inter alia* granted plaintiffs' summary judgment motion (Dkt. 24).

Plaintiffs cross-appeal from all portions of the Order that denied plaintiffs' request for attorneys' fees and costs.

Buffalo, New York
June 25, 2020

PHILLIPS LYTLE LLP

By:   <u>s/James D. Donathen</u>
      James D. Donathen
      Kyle Tanzer
Attorneys for Plaintiffs
One Canalside
125 Main Street
Buffalo, New York 14203-2887
Telephone No. (716) 847-8400
jdonathen@phillipslytle.com
ktanzer@phillipslytle.com

Doc #8390731